# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ELLEN VERVILLE,**, <br><br> Plaintiff <br><br> v. <br><br> **ONLINE INFORMATION SERVICES, INC.,** <br> Defendant | ) ) ) ) ) **Case No.: 1:16-cv-11434** ) ) ) ) ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: October 12, 2016         BY: */s/ Craig Thor Kimmel*
                                Craig Thor Kimmel, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Facsimile: (877) 788-2864
                                Email: kimmel@creditlaw.com
                                Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Jeffrey M Sankey, Esq.
Sankey Law Offices
25 Braintree Hill Park
Suite 200
Braintree, MA 02184
Phone: 781-930-3127
Email: jsankey@sankeylaw.com

Andrew M. Schwartz, Esq.
Marshall Dennehy Warner Coleman & Goggin P.C.
2000 Market Street, 24th Floor
Philadelphia, PA 19103
Phone: (215) 575-2765
Email: amschwartz@mdwcg.com

Dated: <u>October 12, 2016</u>                BY: <u>*/s/ Craig Thor Kimmel*</u>
                                                                                              Craig Thor Kimmel, Esquire
                                                                                              Kimmel & Silverman, P.C.
                                                                                              30 E. Butler Avenue
                                                                                              Ambler, PA 19002
                                                                                              Phone: (215) 540-8888
                                                                                              Facsimile: (877) 788-2864
                                                                                              Email: kimmel@creditlaw.com
                                                                                              Attorney for the Plaintiff